**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sean Robert ADDISON, a/k/a Bounce,
Defendant—Appellant.**

No. 09–8002.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2010.

Decided: May 3, 2010.

Sean Robert Addison, Appellant pro se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Robert Addison appeals the district court's order denying his motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Addison*, No. 0:99–cr–00659–CMC–4 (D.S.C. Oct. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*